UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDMOND CHARRETTE, a/k/a "Edmond Kuhn,"<br><br>Defendant. | Criminal No.<br><br>Violation:<br><br>Count One: Damage and Destruction of Building and Personal Property by Means of Fire<br>(18 U.S.C. § 844(i)) |

## INDICTMENT

### COUNT ONE
Damage and Destruction of Building and Personal Property by Means of Fire
(18 U.S.C. § 844(i))

The Grand Jury charges:

On or about October 12, 2021, in Leominster, in the District of Massachusetts, the defendant,

EDMOND CHARRETTE, a/k/a "Edmond Kuhn,"

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, to wit: China City, a restaurant located in a commercial building at 285 Central Street, Leominster, Massachusetts, and its contents.

All in violation of Title 18, United States Code, Section 844(i).

A TRUE BILL

_____
FOREPERSON

_____
Kristen M. Noto
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: January 20th, 2022

Returned into the District Court by the Grand Jurors and filed.

_____ 11:29am
DEPUTY CLERK