FILED IN CLERKS OFFICE

FEB 28 '22 PM 3:15 USDC MA

2-24-2022

Dear Worcester Federal Court Clerk,

My name is Edmond Alfred Charrette and I have court on April 14th 2022.

When I was in court on January 27th the judge mentioned that there would be a number of hearings. During the arraignment I asked my lawyer when I would get my bond hearing and go over financials with the clerk. He said it wouldn't be on January 27th because I got this date last minute.

Can I please schedule a bond hearing before April 14th 2022?

Sincerely,
-Edmond Charrette